# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-00125-CR-W-DW |
| | ) | |
| JAN P. HELDER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

    Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation granting the Motion of the United States for Detention Pending Imposition of Sentence Pursuant to Title 18, United States Code, Section 3143(a)(2). Defendant did not file objections to the Report and Recommendation. After an independent review of the record, applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made part of this Order, and grants the Motion of the United States for Detention Pending Imposition of Sentence.

Date: September 21, 2006                                                              /s/ DEAN WHIPPLE
                                                                                                              Dean Whipple
                                                                                   United States District Court